# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

|  |  |  |
|---|---|---|
| Wyatt and Wyatt Construction Company, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | 2:06-cv-1656-CWH |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **ORDER** |
| Jordan Jones and Goulding, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

On June 1, 2006, the defendant filed a notice of removal pursuant to 28 U.S.C. §1441 *et seq*. The parties agree that this case was improvidently removed and should be remanded to the Court of Common Pleas for Charleston County, South Carolina. Therefore, this case is remanded to the Court of Common Pleas for Charleston County, South Carolina. Each party shall bear costs of its own fees and expenses.

**AND IT IS SO ORDERED.**

_____
C. WESTON HOUCK
UNITED STATES DISTRICT JUDGE

July 11, 2006
Charleston, South Carolina